UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

PYFER LAW GROUP, LLC
Scott C. Pyfer, Esq.
20 Commerce Drive, Suite 135
Cranford, New Jersey 07016
Telephone: (908) 543-4025
Facsimile: (908) 264-0721
E-Mail: scott@pyferlawgroup.com
Attorneys for the Debtor

Order Filed on September 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

OLIVERA BEVANDA,

   Debtor.

Case No. 19-25165 (VFP)

Chapter 13

Hearing Date: September 5, 2019 at 10 A.M.

### ORDER FOR CONTINUATION OF THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(c)(3)

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: September 11, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**(PAGE 2)**

| | |
|---|---|
| Debtor: | Olivera Bevanda |
| Case No: | 19-25165 (VFP) |
| Caption of Order: | Order For Continuation of the Automatic Stay, Pursuant To 11 U.S.C. § 362(c)(3) |

1. The motion of the Debtor for continuation of the automatic stay, as to all creditors, after notice and a hearing completed before the expiration of thirty (30) days after the filing of this case on August 6, 2019, pursuant to 11 U.S.C. § 362(c)(3), is GRANTED.

2. The automatic stay is specifically continued as to certain real property owned by the Debtor with a street address of 549 Summit Avenue, Maplewood, New Jersey 07040.