UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

PYFER LAW GROUP, LLC
Scott C. Pyfer, Esq.
20 Commerce Drive, Suite 135
Cranford, New Jersey 07016
Telephone: (908) 543-4025
Facsimile: (908) 264-0721
E-Mail: scott@pyferlawgroup.com
Attorneys for the Debtor

**Order Filed on September 11, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In re:

OLIVERA BEVANDA,

    Debtor.

Case No. 19-25165 (VFP)

Chapter 13

Hearing Date: September 5, 2019
at 10 A.M.

## ORDER FOR CONTINUATION OF THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(c)(3)

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: September 11, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**(PAGE 2)**

| | |
|---|---|
| Debtor: | Olivera Bevanda |
| Case No: | 19-25165 (VFP) |
| Caption of Order: | Order For Continuation of the Automatic Stay, |
| | Pursuant To 11 U.S.C. § 362(c)(3) |

1.    The motion of the Debtor for continuation of the automatic stay, as to all creditors, after notice and a hearing completed before the expiration of thirty (30) days after the filing of this case on August 6, 2019, pursuant to 11 U.S.C. § 362(c)(3), is GRANTED.

2.    The automatic stay is specifically continued as to certain real property owned by the Debtor with a street address of 549 Summit Avenue, Maplewood, New Jersey 07040.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-25165-VFP
Olivera Bevanda                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Sep 12, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2019.
db              +Olivera Bevanda,    549 Summit Avenue,    Maplewood, NJ 07040-1340

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2019 at the address(es) listed below:
            Marie-Ann  Greenberg    magecf@magtrustee.com
            Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon Trust Company, National
            Association fka The Bank of New York Trust Company Et Al... rsolarz@kmllawgroup.com
            Scott C. Pyfer    on behalf of Debtor Olivera  Bevanda scott@pyferlawgroup.com,
            scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                               TOTAL: 4