Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 19–25165–VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Olivera Bevanda
    549 Summit Avenue
    Maplewood, NJ 07040

Social Security No.:
    xxx–xx–4721

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on December 3, 2019.

    On 6/30/20 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:               August 6, 2020
Time:              08:30 AM
Location:        Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 30, 2020
JAN: wdh

                                                              Jeanne Naughton
                                                             Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                     Case No. 19-25165-VFP
Olivera Bevanda                                                            Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1           Date Rcvd: Jun 30, 2020
                             Form ID: 185             Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2020.
```
db              +Olivera Bevanda,    549 Summit Avenue,    Maplewood, NJ 07040-1340
518392605       +Alliance One Receivables Management Inc.,    6565 Kimball Drive,   Suite 200,
                  Gig Harbor, WA 98335-1206
518392606       +Denise Carlon, Esq,    KML Law Group LLC,    Sentry Office Plaza,   216 Haddon Avenue, Suite 406,
                  Collingswood, NJ 08108-2812
518392608       +NJ Anesthesia Associates,    200 South Orange Avenue,    Livingston, NJ 07039-5817
518392609        Professional Account Management LLC,    P.O. Box 1520,    Milwaukee, WI 53201-1520
518392610       +Rony Barahona,    549 Summit Avenue,    Maplewood, NJ 07040-1340
518433185      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court:   State of New Jersey,    Department of Treasury,
                  Division of Taxation,    PO Box 245,   Trenton, NJ 08695-0245)
518392611       +Specialized Loan Servicing LLC,    8742 Lucent Boulevard,    Suite 300,
                  Highlands Ranch, CO 80129-2386
518506941       +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jul 01 2020 02:56:20     U.S. Attorney,    970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 01 2020 02:56:17      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
518392607        E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 01 2020 02:56:33     Jefferson Capital Systems LLC,
                  P.O. Box 7999,   Saint Cloud, MN 56302-9617
                                                                                             TOTAL: 3
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518504173*     ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,    SAINT CLOUD MN 56302-7999
                 (address filed with court:   Jefferson Capital Systems LLC,    Po Box 7999,
                  Saint Cloud Mn 56302-9617)
518392612*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court:   State of New Jersey,    Division of Taxation - Bankruptcy,
                  P.O. Box 245,   Trenton, NJ 08695)
                                                                                 TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2020                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 30, 2020 at the address(es) listed below:
```
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon Trust Company, National
               Association fka The Bank of New York Trust Company Et Al... rsolarz@kmllawgroup.com
              Scott C. Pyfer    on behalf of Debtor Olivera  Bevanda scott@pyferlawgroup.com,
               scottpyfer@gmail.com;pyfersr87748@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```